```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF VIRGINIA
                              ROANOKE DIVISION
```

| | |
|---|---|
| **GEORGE G. RIDER, JR.** )<br>    Petitioner, ) | Case No. 7:06CV00012 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | By: Hon. Glen E. Conrad |
|    Respondent. ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

## ORDERED

that the petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 12th day of January, 2006.

_____
United States District Judge